```
LAW OFFICES OF BILL LATOUR
BILL LATOUR [CSBN: 169758]
     1420 E. Cooley Dr., Suite 100
     Colton, California 92324
     Telephone: (909) 796-4560
     Facsimile:  (909) 796-3402
     E-Mail: fed.latour@yahoo.com
```

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| ERMELINDA GARCIA, ) | No. EDCV 14 - 01976 DFM |
| ) | |
| Plaintiff, ) | [~~PROPOSED~~] ORDER AWARDING |
| ) | EAJA FEES |
| v. ) | |
| ) | |
| CAROLYN W. COLVIN, Acting ) | |
| Commissioner Of Social Security, ) | |
| ) | |
| Defendant. ) | |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of TWO THOUSAND FIVE HUNDRED DOLLARS AND 00/100 ($2,500.00) subject to the terms of the stipulation.

DATE: July 27, 2015

_____
HON. DOUGLAS F. McCORMICK
UNITED STATES MAGISTRATE JUDGE

-1-